IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:23MJ454

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : **NOTICE OF APPEARANCE** |
| ROBERT CECIL BIRCH, | : |
| Defendant | : |

Defendant, ROBERT CECIL BIRCH, hereby provides notice that Christopher R. Clifton of the law firm Grace, Tisdale & Clifton, PA, has entered an appearance in this matter.

This the 1st day of November, 2023.

/s/Christopher R. Clifton
Christopher R. Clifton
N.C. State Bar No. 21981
cclifton@gtc-law.com

Attorney for Defendant Grace
Tisdale & Clifton, PA.
200 West First Street
Winston-Salem NC  27101
Telephone:  336-725-9428
Facsimile:  336-721-1176

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1: 23MJ454

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : **CERTIFICATE OF SERVICE** |
| ROBERT CECIL BIRCH, | : |
| Defendant | : |

I hereby certify that on November 1, 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Lindsey A. Freeman, Assistant United States Attorney.

This the 1st day of November, 2023.

/s/Christopher R. Clifton
Christopher R. Clifton
N.C. State Bar No. 21981
cclifton@gtc-law.com

Attorney for Defendant Grace
Tisdale & Clifton, PA.
200 West First Street
Winston-Salem NC  27101
Telephone:  336-725-9428
Facsimile:  336-721-1176